IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SAN MATEO COUNTY INVESTMENT POOL,<br><br>        Plaintiffs,<br>  v.<br>RICHARD S. FULD, JR., et al., et al.,<br><br>        Defendants.<br>_____/ | No. 08-5353 SI<br><br>**RECUSAL ORDER** |

I hereby recuse myself in the above entitled matter and request that the action be reassigned pursuant to Section F. of the Assignment Plan of this Court.

Dated: December 4, 2008

_____
SUSAN ILLSTON
United States District Judge