JUDGE KAPLAN

*FLD*
*S.D of N.Y.*
*2/10/09*

A CERTIFIED TRUE COPY
ATTEST

By Jakeia Mells on Feb 09, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

 08-5353 SC

**Feb 09, 2009**

**FILED**
**CLERK'S OFFICE**

IN RE: LEHMAN BROTHERS HOLDINGS, INC.,
SECURITIES & EMPLOYEE RETIREMENT
INCOME SECURITY ACT (ERISA) LITIGATION

**FILED** MDL No. 2017

MAR 11 2009

**TRANSFER ORDER**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Before the entire Panel[*]:** Ten individual defendants[1] affiliated with Lehman Brothers Holdings, Inc. (Lehman Brothers) have moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation in the Southern District of New York. Responding defendants join in the motion. Plaintiffs in the three Southern District of New York and one Eastern District of New York ERISA or "Structured Notes" actions agree that centralization is appropriate, but ask that these actions be coordinated, rather than consolidated, with the other actions in this litigation, because these plaintiffs' actions (1) have distinct legal causes of action with different burdens of pleading and proof or (2) involve different types of securities. Plaintiffs in the six Arkansas actions and the two California actions oppose the motion, arguing that (1) their actions do not share sufficient questions of fact with the other actions in this litigation, and/or (2) motions to remand their actions to state court are pending.

This litigation presently consists of seventeen actions listed on Schedule A and pending in five districts as follows: eight actions in the Southern District of New York, five actions in the Western District of Arkansas, two actions in the Northern District of California and one action each in the Eastern District of Arkansas and the Eastern District of New York.[2]

After considering all argument of counsel, we find that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the Southern District of New York will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions share factual questions relating to whether defendants allegedly made materially false and/or misleading statements which had a negative impact on Lehman Brothers securities. Whether

---

[*] Judges Heyburn, Hansen and Damrell took no part in the disposition of this matter.

[1] Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman, John D. Macomber and Christopher O'Meara.

[2] The Panel has been notified that five related actions have recently been filed. These actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

A CERTIFIED COPY

J. MICHAEL McMAHON,      CLERK


BY _____
DEPUTY CLERK

- 2 -

the actions are brought by securities holders seeking relief under the federal securities laws or participants in Lehman Brothers's retirement savings plans suing for violations of the Employee Retirement Income Security Act of 1974, all actions can be expected to focus on a significant number of common events, defendants, and/or witnesses. Centralization under Section 1407 will eliminate duplicative discovery; avoid inconsistent pretrial rulings, including on the issue of class certification; and conserve the resources of the parties, their counsel and the judiciary.

Some opposing plaintiffs express reservations concerning the management of their actions in this MDL proceeding, because their actions involve different types of Lehman Brothers's securities or legal claims. Transfer to a single district under Section 1407, however, has the salutary effect of placing all related actions before one court which can formulate a pretrial program that: 1) allows pretrial proceedings with respect to any non-common issues to proceed concurrently with pretrial proceedings on common issues, *In re Multi-Piece Rim Products Liability Litigation*, 464 F.Supp. 969, 974 (J.P.M.L. 1979); and 2) ensures that pretrial proceedings will be conducted in a streamlined manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties. The MDL No. 2017 transferee court can employ any number of pretrial techniques – such as establishing separate discovery and/or motion tracks – to efficiently manage this litigation. Plaintiffs' concerns regarding the manner and extent of coordination or consolidation of the pretrial proceedings can be presented to the transferee judge. The governing statute contemplates transfer for "coordinated or consolidated pretrial proceedings." 28 U.S.C. § 1407(a). Accordingly, we leave the extent of coordination or consolidation of the securities and ERISA actions to the discretion of the transferee judge. *See In re The Bear Stearns Companies Inc. Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation,* 572 F.Supp.2d 1377 (J.P.M.L. 2008); *In re Mutual Funds Litigation*, 310 F.Supp.2d 1359 (J.P.M.L. 2004); *In re Equity Funding Corp. of America Securities Litigation*, 375 F.Supp. 1378 (J.P.M.L. 1974).

Plaintiffs can also present any remand motions to the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation,* 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

We are persuaded that the Southern District of New York is an appropriate transferee district for this litigation, because (1) eight of the seventeen actions are already pending there, and (2) Lehman Brothers is headquartered in New York City and accordingly parties, witnesses and documents may be found there.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Southern District of New York are transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Lewis A. Kaplan for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

- 3 -

PANEL ON MULTIDISTRICT LITIGATION

J. Frederick Motz
Acting Chairman

John G. Heyburn II, Chairman*           Robert L. Miller, Jr.
Kathryn H. Vratil                       David R. Hansen*
W. Royal Furgeson, Jr.                  Frank C. Damrell, Jr.*

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.,
SECURITIES & EMPLOYEE RETIREMENT INCOME
SECURITY ACT (ERISA) LITIGATION**                    MDL No. 2017

## SCHEDULE A

Eastern District of Arkansas

Glen Deathrow, et al. v. Richard S. Fuld, Jr., et al., C.A. No. 4:08-4149

Western District of Arkansas

Cecil Mease, et al. v. Richard S. Fuld, Jr., et al., C.A. No. 2:08-2123
Cecil Mease v. Richard S. Fuld, Jr., et al., C.A. No. 2:08-2124
Michael Shipley v. Richard S. Fuld, Jr., et al., C.A. No. 2:08-2125
Guy S. Warden, Jr. v. Richard S. Fuld, Jr., et al., C.A. No. 2:08-2126
Henry Napierala, et al. v. Richard S. Fuld, Jr., et al., C.A. No. 2:08-2127

Northern District of California

Zenith Insurance Co. v. Richard S. Fuld, Jr., et al., C.A. No. 3:08-5352
The San Mateo County Investment Pool v. Richard S. Fuld, Jr., et al., C.A. No. 3:08-5353

Eastern District of New York

Michael Swiskay, et al. v. Citigroup Global Markets, Inc., et al., C.A. No. 2:08-4600

Southern District of New York

Operative Plasterers & Cement Masons International Association Local 262 Annuity Fund v.
    Lehman Brothers Holdings, Inc., et al., C.A. No. 1:08-5523
Alex E. Rinehart, et al. v. Lehman Brothers Holdings, Inc., et al., C.A. No. 1:08-5598
Fogel Capital Management, Inc. v. Richard S. Fuld, Jr., et al., C.A. No. 1:08-8225
Anthony Peyser v. Richard S. Fuld, Jr., et al., C.A. No. 1:08-9404
Stephen P. Gott v. UBS Financial Services, Inc., et al., C.A. No. 1:08-9578
Jeffrey Stark, et al. v. Erin Callan, et al., C.A. No. 1:08-9793
Stanley Tolin v. Richard S. Fuld, Jr., et al., C.A. No. 1:08-10008
Enrique Azpiazu v. UBS Financial Services, Inc., et al., C.A. No. 1:08-10058

Printed on 02/09/2009

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List
## for
# MDL 2017 - IN RE: Lehman Brothers Holdings, Inc., Securities & Employee Retirement

*** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**

\* Signifies that an appearance was made on behalf of the party by the representing attorney.
\# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
 All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**

Docket: 2017 - Lehman Brothers Holdings, Inc., SEC & ERISA
For Open Cases

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**                                                                Page 1

· Docket:  2017 - IN RE: Lehman Brothers Holdings, Inc., Securities & Employee Retirement Income Security Act (ERISA) Litigation
   Status:  Transferred on 02/09/2009
   Transferee District:  NYS        Judge:  Kaplan, Lewis A.                                                                                   Printed on 02/09/2009

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Banca IMI S.P.A.,<br>Piazzetta Giordano<br>Dell' Amore #3<br>Milan, Italy 20112 | =><br>Banca IMI S.P.A. |
| Bashian, James V.<br>LAW OFFICES OF JAMES V BASHIAN PC<br>500 Fifth Avenue<br>Suite 27000<br>New York, NY 10110 | =>Phone: (212) 921-4110  Fax: (212) 921-4249  Email: Jbashian@bashianlaw.com<br>Peyser, Anthony* |
| Caja de Ahorros Y Monte,<br>Plaza De Celenque 2<br>Madrid, E-28013 Spain | =><br>Caja de Ahorros Monte de Piedad de Madrid |
| Chepiga, Michael J.<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954 | =>Phone: (212) 455-2000  Fax: (212) 455-2502  Email: mchepiga@stblaw.com<br>Ainslie, Michael L.*; Akers, John F.*; Berlind, Roger S.*; Board of Directors Lehman Brothers<br>Holding, Inc.; Cruikshank, Thomas H.*; Employee Benefit Plans Committee; Evans, Marsha<br>Johnson*; Gent, Sir Christopher*; Goldfarb, David*; Grundhofer, Jerry A.*; Hernandez, Roland<br>A.*; Kaufman, Henry*; Lehman Brother Holding, Inc. Employee Benefits Plans Committee;<br>Lehman Brothers Holdings Inc.; Lowitt, Ian*; Macomber, John D.*; O'Meara, Christopher M.*;<br>Uvino, Wendy M.* |
| DZ Finanical Markets, LLC,<br>609 Fifth Avenue<br>New York, NY 10017-1021 | =><br>DZ Finanical Markets, LLC |
| Daiwa Securities SMBC,<br>5 King William Street<br>London EC4N 7AX, United Kingdom | =><br>Daiwa Securities SMBC Europe, Ltd. |
| Eisenhofer, Jay W.<br>GRANT & EISENHOFER PA<br>485 Lexington Avenue<br>29th Floor<br>New York, NY 10017 | =>Phone: (646) 722-8500  Fax: (646) 722-8501  Email: jeisenhofer@gelaw.com<br>Rooney, Kathy; Stark, Jeffrey |
| Farrell, Scott J.<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, NY 10016 | =>Phone: (212) 545-4600  Fax: (212) 545-4653  Email: farrell@whafh.com<br>Buzzo, Jo Anne*; Demizio, Linda*; DeSousa, Maria*; Fong, Monique Miller*; Rinehart, Alex E.* |
| Fier, Seth D.<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, NY 10036 | =>Phone: (212) 969-3231  Fax: (212) 969-2900  Email: sfier@proskauer.com<br>Callan, Erin* |
| Girard, Daniel C.<br>GIRARD GIBBS LLP<br>601 California Street | =>Phone: (415) 981-4800  Fax: (415) 981-4846  Email: dcg@girardgibbs.com<br>Gott, Stephen P.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Suite 1400
San Francisco, CA 94108

Hynes, Patricia
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020

=>Phone: (212) 610-6300 Email: patricia.hynes@newyork.allenovery.com
Fuld, Jr., Richard S.*

Jackson Securities, LLC,
100 Auburn Avenue., N.E.
Atlanta, GA 30303

=>
Jackson Securities, LLC

Kavaler, Thomas J.
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005

=>Phone: (212) 701-3006 Fax: (212) 269-5420 Email: Tkavaler@cahill.com
Edward D. Jones & Co., L.P.*

Kehoe, John Anthony
SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP
280 King of Prussia Road
Radnor, PA 19087

=>Phone: (610) 822-0273 Fax: (610) 667-7056
Fire & Police Pension Association of Colorado & Brockton Contributory Retirement System;
Operative Plasterers & Cement Masons Interanational Association Local 262 Annuity Fund

King, Marshall R.
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

=>Phone: (212) 351-4000 Fax: (212) 351-4035 Email: mking@gibsondunn.com
UBS Financial Services, Inc.*

Lowenthal, Mitchell A.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

=>Phone: (212) 225-2760 Fax: (212) 225-3999 Email: mlowenthal@cgsh.com
A.G. Edwards & Sons, Inc.*; ABN AMRO Holding N.V.*; ABN AMRO Inc.*; ANZ Securities, Inc.*; B.C. Ziegler & Co.*; Banc of America Securities, LLC*; BBVA Securities, Inc.*; BNY Capital Markets, Inc.*; Cabrera Capital Markets, LLC*; Calyon Securities (USA), Inc.*; Charles Schwab & Co., Inc.*; Charles Schwab & Co., L.P.; CIBC World Markets Corp.*; Citigroup Global Markets Corp.*; Citigroup Global Markets, Inc.*; Commerzbank Capital Markets Corp.*; Countrywide Securities Corp.*; Credit Suisse (USA), Inc.*; D.A. Davidson & Co.*; Davenport & Co., LLC*; DnB NOR Markets*; Ferris Baker Watts & Inc.*; Fidelity Capital Markets Services*; Fifth Third Securities, Inc.*; Fixed Income Securities, Inc.*; Fortis Securities, LLC*; H&R Block Financial Advisors, Inc.*; Harris Nesbitt Corp.*; HSBC Securities (USA), Inc.*; HVB Capital Markets, Inc.*; Hypo Capital Markets, Inc.*; Janney Montgomery Scott, LLC*; Keefe Bruyette & Woods, Inc.*; Keybanc Capital Markets, Inc.*; LaSalle Financial Services, Inc.*; Loop Capital Markets, LLC*; Maxim Group, LLC*; Mellon Financial Markets, LLC*; Merrill Lynch, Pierce, Fenner & Smith, Inc.*; Mesirow Finanical, Inc.*; Mizuho Securities USA, Inc.*; Morgan Keegan & Co., Inc.*; Morgan Stanley & Co., Inc.*; Muriel Siebert & Co., Inc.*; nabCapital Securites, LLC*; National Australia Bank, Ltd.*; National Australia Capital Markets, LLC*; National Financial Services, LLC; Oppenheimer & Co., Inc.*; Piper Jaffray & Co.; Raymond James & Associates, Inc.*; RBC Dain Rauscher, Inc.*; RBS Greenwich Capital*; Robert W. Baird & Co., Inc.*; Santander Investment Securities, Inc.*; Scott & Stringfellow, Inc.; SG Americas Securities, LLC*; SG Corporate & Investment Banking*; Siebert Capital Markets*; SMH Capital, Inc.*; Sovereign Securities Corp., LLC*; Standard Chartered Bank*; Stifel, Nicolaus & Co., Inc.*; Stone & Youngberg, LLC*; Suntrust Capital Markets, Inc.*; SunTrust Robinson Humphrey, Inc.*; TD Ameritrade Holding Corp.*; TD Securities (USA), LLC*; UBS Securities, LLC*; Utendahl Capital Partners LP*; Vining Sparks IBG, LP*; Wachovia Capital Markets, LLC*; Wachovia Securities, LLC; Wells Fargo Securities LLC*; Williams Capital Group, L.P. (The)*; Zions Direct, Inc.*

Molumphy, Mark C.
COTCHETT PITRE & MCCARTHY

=>Phone: (650) 697-6000 Fax: (650) 697-0577 Email: mmolumphy@cpmlegal.com
San Mateo County Investment Pool (The)*; Zenith Insurance Co.*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

840 Malcolm Road
Suite 200
Burlingame, CA 94010

Nespole, Gregory M.
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016

=>Phone: (212) 545-4600 Fax: (212) 545-4653
Fogel Capital Management, Inc.

Notis, James Stuart
GARDY & NOTIS LLP
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632

=>Phone: (201) 567-7377 Fax: (201) 567-7337 Email: jnotis@gardylaw.com
Tolin, Stanley

Pulliam, Randall K.
CAULEY BOWMAN CARNEY & WILLIAMS LLP
11311 Arcade Drive
Suite 200
Little Rock, AR 72212-5438

=>Phone: (501) 312-8500 Fax: (501) 312-8505 Email: rpulliam@cauleybowman.com
Caldwell, Rena*; Deathrow, Glen*; Dimodica, Madeline*; Kattell, Barbara*; Mease, Cecil*;
Napierala, Henry*; Napierala, Linda*; Shipley, Michael*; Warden, Jr., Guy S.*

Silk, Gerald H.
BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
1285 Avenue of the Americas
38th Floor
New York, NY 10019

=>Phone: (212) 554-1400 Fax: (212) 554-1444 Email: jerry@blbglaw.com
Alameda County Employees' Retirement Association; American European Insurance Co.; Brockton
Contributory Retirement System; City of Edinburgh Council as Administering Authority of the
Lothian Pension Fund (The); Government of Guam Retirement Fund; Inter-Local Pension Fund
Graphic Communications Conference of the International Brotherhood of Teamsters; Kosseff,
Marsha; Northern Ireland Local Governmental Officers Superannuation Committee; Operating
Engineers Local 3 Trust Fund; Pension Fund Group (The); Police & Fire Retirement System of the
City of Detroit; Teamsters Allied Benefit Funds

Speirs, Richard A.
ZWERLING SCHACHTER & ZWERLING LLP
41 Madison Avenue
New York, NY 10010

=>Phone: (212) 223-3900 Fax: (212) 371-5969 Email: rspeirs@zsz.com
Azpiazu, Enrique*; Swiskay, Judith*; Swiskay, Michael*

Strauss, Audrey
FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004

=>Phone: (212) 859-8862 Fax: (212) 859-8585
Gregory, Joseph M.

Wald, Peter A.
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-2562

=>Phone: (415) 391-0600 Fax: (415) 395-8095 Email: peter.wald@lw.com
Ernst & Young, LLP*

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.,**
**SECURITIES & EMPLOYEE RETIREMENT INCOME**                    MDL No. 2017
**SECURITY ACT (ERISA) LITIGATION**

## INVOLVED CLERKS LIST

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Box 1547
Fort Smith, AR 72902-1547
**ARWDdb_MDLClerk/ARWD/08/USCOURTS**

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325
**AREDdb_prempro_mdl_clerk/ARED/08/USCOURTS**

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489
**Rufino Santos/CAND/09/USCOURTS**

Robert C. Heinemann, Clerk
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438
**NYEDml_MDL_Contacts**

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

# **RECEIVED**

MAR 1 1 2009

J. Michael McMahon
Clerk

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
Date: 2/10/**NORTHERN DISTRICT OF CALIFORNIA**

USDC ND OF CALIFORNIA

In Re: LEHMAN BROTHERS

MDL  2017

Your Docket #

3:08-5353

S.D. OF N.Y.

09-1239

Dear Sir:

Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge  KAPLAN    for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

Please return the copy of this letter when transmitting a CERTIFIED COPY OF THE DOCKET SHEET. We will retrieve the documents using our Pacer system. Please note we DO NOT utilize the CM/ECF transfer function.

Sincerely,
J.Michael McMahon

By:
MDL Unit
(212) 805-0646